UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHH MORTGAGE CORPORATION,

Plaintiff,

-v.-

NATHANIEL HARDEN, JR.; NORMA HARDEN; NEW YORK CITY ENVIRONMENTAL CONTROL BOARD; NEW YORK CITY PARKING VIOLATIONS BUREAU; NEW YORK CITY TRANSIT ADJUDICATION BUREAU; and JOHN DOE #1 THROUGH JOHN DOE #12, *the last twelve names being fictitious and unknown to plaintiff, the persons or parties intended being the tenants, occupants, persons or corporations, if any, having or claiming an interest in or lien upon the premises described in the complaint*,

Defendants.

26 Civ. 1958 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

Due to unforeseen scheduling conflicts and in light of the Court's upcoming trials, the default judgment hearing scheduled for November 19, 2026, is hereby ADJOURNED to **December 17, 2026**, at **2:30 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

Plaintiff is ORDERED to serve copies of this Order upon Defendants on or before **October 16, 2026**, and to file proof of service on the docket on or before **October 23, 2026**.

SO ORDERED.

Dated: October 8, 2026
New York, New York

Katherine Polk Failla

KATHERINE POLK FAILLA
United States District Judge